# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ROBERT SINGER, *Individually and as Administrator of the Estate of Gloria A. Singer, Deceased*, | Case No. 1:21-cv-2149 |
| | Judge J. Philip Calabrese |
| Plaintiff, | Magistrate Judge William H. Baughman, Jr. |
| v. | |
| MONTEFIORE, *et al.*, | |
| Defendants. | |

## ORDER

This case is related to *Singer v. Montefiore*, No. 1:21-cv-2102.  On December 27, 2021, the Court remanded that case.  For the same reasons the Court remanded Case No. 1:21-cv-2102, which are set forth in the attached Opinion and Order and incorporated here, the Court **GRANTS** Plaintiff's motion to remand (ECF No. 11).

**SO ORDERED.**

Dated:  January 6, 2022

J. Philip Calabrese
United States District Judge
Northern District of Ohio