# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT SINGER, *Individually and as Administrator of the Estate of Gloria A. Singer (Deceased),* | ) ) ) ) | Case No. 1:21-cv-02102 |
| | ) | Judge J. Philip Calabrese |
| Plaintiff, | ) ) | Magistrate Judge Thomas M. Parker |
| v. | ) ) | |
| MONTEFIORE, *et al.,* | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| STEVEN ROSS, *Individually and as Executor of the Estate of Devorah Bette Ross (Deceased)* | ) ) ) | Case No. 1:21-cv-02103 |
| | ) | Judge J. Philip Calabrese |
| Plaintiff, | ) ) | Magistrate Judge William H. Baughman, Jr. |
| v. | ) ) | |
| MONTEFIORE, *et al.,* | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| ROBYN FINKENTHAL KULBARSH, *as Administrator of the Estate of Marlene S. Finkenthal (Deceased),* | ) ) ) ) | Case No. 1:21-cv-02105 |
| | ) | Judge J. Philip Calabrese |
| Plaintiff, | ) ) | Magistrate Judge David A. Ruiz |
| v. | ) ) | |
| MONTEFIORE, *et al.,* | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| ESTATE OF CAROL KENNEY, *by Nicholas Laudato, Administrator of the Estate of Carrol Kenney (Deceased),* | ) ) ) ) | Case No. 1:21-cv-02106 |
| | ) | Judge J. Philip Calabrese |
| Plaintiff, | ) ) | Magistrate Judge Jonathan D. Greenberg |
| v. | ) ) ) | |
| MONTEFIORE HOME, *et al.,* | ) ) | |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| NICHOLAS LAUDATO, *Administrator of the Estate of Carrol Kenney (Deceased),* | ) ) ) | Case No. 1:21-cv-02120 |
| | ) | Judge J. Philip Calabrese |
| Plaintiff, | ) ) | Magistrate Judge David A. Ruiz |
| v. | ) ) ) | |
| MONTEFIORE HOME, *et al.* | ) ) | |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| STEVEN A. ROSS, *Individually and as Executor of the Estate of Devorah Bette Ross (Deceased),* | ) ) ) | Case No. 1:21-cv-02148 |
| | ) | Judge J. Philip Calabrese |
| Plaintiff, | ) ) | Magistrate Judge Jonathan D. Greenberg |
| v. | ) ) ) | |
| MONTEFIORE, *et al.* | ) ) | |
| Defendants. | ) ) ) | |

2

| | | |
|---|---|---|
| ROBYN FINKENTHAL KULBARSH, *as Administrator of the Estate of Marlene S. Finkenthal (Deceased),* | ) ) ) ) ) | Case No. 1:21-cv-02125 |
| | ) | Judge J. Philip Calabrese |
| Plaintiff, | ) ) | Magistrate Judge Jonathan D. Greenberg |
| | ) | |
| v. | ) ) | |
| MONTEFIORE, *et al.,* | ) ) | |
| Defendants. | ) ) | |
| | ) | |
| ROBERT SINGER, *Individually and as Administrator of the Estate of Gloria A. Singer, Deceased,* | ) ) ) | Case No. 1:21-cv-2149 |
| | ) | Judge J. Philip Calabrese |
| Plaintiff, | ) ) | Magistrate Judge |
| | ) | William H. Baughman, Jr. |
| v. | ) ) | |
| MONTEFIORE, *et al.,* | ) ) | |
| Defendants. | ) ) | |
| | ) | |

## <u>ORDER</u>

In response to Defendants' motion for clarification and the Sixth Circuit's order to show cause, the Court issues the following clarification of the record and Order. The Court granted Plaintiffs' motion to remand. Administratively, that Order had the effect of transferring the case file back to State court. When Defendants indicated they intended to appeal the remand ruling based on 18 U.S.C. § 1447(d), the Court vacated the judgments to the extent necessary to recall the file to permit Defendants the opportunity to appeal. (ECF No. 24.) That action was neither a comment on the validity of the Court's prior remand Order nor a vacatur of it. Instead, to the extent that the January 10, 2022 order "vacated" the judgments (ECF No. 24), it was a

3

mechanical or administrative decision to enable Defendants to perfect their appellate rights.  Nothing more.

To place this case in the proper posture for appeal, the Court **REINSTATES** the order remanding the consolidated cases to State court (ECF No. 20) and **STAYS** enforcement of that order pending the Sixth Circuit's review of the remand ruling.

**SO ORDERED.**

Dated:  February 23, 2022

_____
        J. Philip Calabrese
        United States District Judge
        Northern District of Ohio

4